1  MOPSICK & WILLIAMS, LLP
   Betty J. Williams (SB# 224793)
2  3600 American River Drive, Suite 220
   Sacramento, California  95864
3
   Telephone:    (916) 488-8501
4  Facsimile:    (916) 488-8196
   Email:        Betty@MopsickWilliams.com
5
   Attorneys for Respondent Loretta A. Migliori
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,      )   Case No. 2:10-mc-00021-JAM-EFB
12 and CHARLES DUFF, Revenue      )
   Officer, Internal Revenue Service, )
13                                 )   **JOINT REQUEST AND ORDER FOR**
                                   )   **INITIAL 21-DAY CONTINUANCE OF**
14         Petitioners,            )   **SHOW-CAUSE DATES**
                                   )
15         v.                      )   Taxpayer: LCL ADMINISTRATORS, INC.
                                   )
16 LORETTA A. MIGLIORI,            )   Date:  Wednesday, May 5, 2010
                                   )   Time:  10:00 a.m.
17         Respondent.             )   Ctrm:  24 (8th Floor, EFB)
                                   )
18                                 )

19

20 The parties hereby represent and request, subject to Judge Brennan's approval, as follows:

21     1.  The hearing date of May 5, 2010, set in paragraph 1 of the Order to Show Cause

22 filed April 21, 2010, falls on the date previously agreed between the parties for an all-day

23
   meeting between Respondent and Revenue Officer Duff, for the purpose of compliance with
24
25 the summonses in suit.  Revenue Officer Duff's view is that a full day is required for

26 completion of compliance.

27

28

                                            1
        JOINT REQUEST AND ORDER FOR INITIAL 21-DAY CONTINUANCE OF SHOW-CAUSE DATES

2.  The May 5 hearing would deprive the parties of this opportunity for compliance. Other dates on which Revenue Officer Duff could set an all-day meeting are scarce.

3.  Accordingly, the parties request that the times set in paragraphs 1 and 2 of the Order to Show Cause filed April 21, 2010, be CONTINUED by 21 days, that is, that the hearing set in paragraph 1 be held May 26, 2010, at 10:00 a.m., before Judge Brennan, and that the filing deadline set in paragraph 2 be May 19, 2010.  No previous request for extension of these times has been made or granted.

Dated:  April 26, 2010            MOPSICK & WILLIAMS

                                  By:    /s/ Betty J. Williams
                                         BETTY J. WILLIAMS

Dated:  April 26, 2010            BENJAMIN B. WAGNER
                                  United States Attorney

                                  By:    /s/ Y H T Himel
                                         YOSHINORI H. T. HIMEL
                                         Assistant U.S. Attorney

ORDER

It is APPROVED and SO ORDERED.

DATED: April 27, 2010             _____
                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE